**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

IN RE: BENZOYL PEROXIDE "BPO" MARKETING      MDL DOCKET _____
AND SALES PRACTICES LITIGATION

**SCHEDULE OF ACTIONS**

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 1 | Diane Howard; Chatham Mullins; William Eisman; Christian M. Rainey; and Tracey Cuomo | Alchemee, LLC; Taro Pharmaceutical USA, Inc. | U.S. District Court for the Central District of California | 2:24-cv-01834-SB-BFM | Stabley Blumenfeld, Jr. |
| 2 | Alan Montenegro | CVS Pharmacy, Inc.; CVS Health Corporation | U.S. District Court for the Central District of California | 2:24-cv-01876-SB-BFM | Stabley Blumenfeld, Jr. |
| 3 | Alan Montenegro and Melissa Medina | Johnson & Johnson Consumer, Inc. | U.S. District Court for the Central District of California | 2:24-cv-01895-SB-BFM | Stabley Blumenfeld, Jr. |
| 4 | Alan Montenegro; James Mayfield; Chatham Mullins; and Michael Montgomery | RB Health (US) LLC | U.S. District Court for the Central District of California | 2:24-cv-01878-SB-BFM | Stabley Blumenfeld, Jr. |

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 5 | Chinyere Harris | Genomma Lab USA, Inc. | U.S. District Court for the Eastern District of California | 1:24-cv-00289-JLT-SKO | Jennifer L. Thurston |
| 6 | Grace Navarro and Chatham Mullins | Walgreens Boots Alliance, Inc. | U.S. District Court for the Eastern District of California | 1:24-cv-00290-KES-SKO | Kirk E. Sherriff |
| 7 | Grace Navarro | Target Corporation | U.S. District Court for the Eastern District of California | 1:24-cv-00280-JLT-SAB | Jennifer L. Thurston |
| 8 | Grace Navarro and Chatham Mullins | Walmart, Inc. | U.S. District Court for the Eastern District of California | 1:24-cv-00288-JLT-BAM | Jennifer L. Thurston |
| 9 | Priscilla Garcia; Chinyere Harris; William Eisman; and Noemi Gerena | Crown Laboratories, Inc. | U.S. District Court for the Northern District of California | 3:24-cv-01448-EMC | Edward M. Chen |
| 10 | Efren Ramos; Joshua Cross; and Marisol Scharon | Alchemee, LLC | U.S. District Court for the Northern District of California | 5:24-cv-02230-BLF | Beth Labson Freeman |
| 11 | Jennifer Snow | L'Oreal USA, Inc. | U.S. District Court for the District of Hawai'i | 1:24-cv-00110-MWJS-KJM | Micah W.J. Smith |

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 12 | George Teron | Alchemee LLC and Taro Pharmaceuticals USA, Inc. | U.S. District Court for the Northern District of California | 5:24-cv-01918-BLF | Beth Labson Freeman |
| 13 | Lucinda O'Dea | Alchemee, LLC and Taro Pharmaceuticals U.S.A., Inc. | U.S. District Court for the Northern District of Illinois (Chicago) | 1:24-cv-02755-JIC | Jeffrey I. Cummings |
| 14 | Jordan Judt | Alchemee, LLC and Taro Pharmaceuticals U.S.A., Inc. | U.S. District Court for the Southern District of New York | 7:24-cv-02718-PMH | Philip M. Halpern |
| 15 | Jamie Heermann; Bianca Jackson; and Cole Scroggs | Alchemee, LLC; Taro Pharmaceuticals U.S.A., Inc.; and Taro Pharmaceuticals Industries, Ltd. | U.S. District Court for the Western District of Missouri (Kansas City) | 4:24-cv-00195-BCW | Brian C. Wimes |
| 16 | Samvardhan Vishnoi | Johnson & Johnson Consumer, Inc. | U.S. District Court for the Northern District of Illinois (Chicago) | 1:24-cv-02193-JLA | Jorge L. Alonso |
| 17 | Monica Bolyard | Walgreens Boots Alliance, Inc. | U.S. District Court for the Northern District of Illinois (Chicago) | 1:24-cv-03138-SCS | Steven C. Seeger |
| 18 | Lucinda O'Dea | Target Corporation | U.S. District Court for the Northern District of Illinois (Chicago) | 1:24-cv-02763-ARW | Andrea R. Wood |

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 19 | Bria Miller and Jordan Judt | Target Corporation | U.S. District Court for the District of Minnesota | 0:24-cv-01323-ECT-JFD | Eric C. Tostrud |
| 20 | Skylar Williams | Walmart, Inc. | U.S. District Court for the Northern District of Illinois (Chicago) | 1:24-cv-02173-JRB | John Robert Blakey |
| 21 | Emily Sanderlin | Walmart Inc. | U.S. District Court for the District of South Carolina (Florence) | 4:24-cv-01656-RBH | R. Bryan Harwell |
| 22 | Christopher Emery and Anthony Ryan | Wal-Mart Stores, Inc. | U.S. District Court for the Western District of Missouri (Joplin) | 3:24-cv-05019-BCW | Bran C. Wimes |
| 23 | Angelina Flores and Holly Grossenbacher | Crown Laboratories, Inc. | U.S. District Court for the Western District of Missouri (Kansas City) | 4:24-cv-00211-GAF | Gary A. Fenner |
| 24 | Erin Del Toro and Louisa Romo | Crown Laboratories, Inc. | U.S. District Court for the Central District of California (Santa Ana) | 8:24-cv-00573-JVS-JDE | James V. Selna |
| 25 | Kayla Mraz | L'Oreal USA, Inc. | U.S. District Court for the Southern District of New York | 1:24-cv-01974-VEC | Valerie E. Caproni |

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 26 | Ellen Painter and Robert Hightower | L'Oreal USA, Inc. | U.S. District Court for the Western District of Missouri (Springfield) | 6:24-cv-03077-MDH | M. Douglas Harpool |
| 27 | Lucinda O'Dea | L'Oreal, USA | U.S. District Court for the Northern District of Illinois (Chicago) | 1:24-cv-02762-RWG | Robert W. Gettleman |
| 28 | Ciara Noakes | L'Oreal U.S.A., Inc. | U.S. District Court for the Southern District of New York | 1:24-cv-02735-AT | Analisa Torres |
| 29 | Holly Grossenbacher | L'Oreal USA Inc. | U.S. District Court for the Eastern District of Louisiana (New Orleans) | 2:24-cv-00663-GGG-MBN | Greg Gerard Guidry |
| 30 | Lindsey Daugherty; Tuan Nguyen; and Cole Scroggs | Padagis Israel Pharmaceuticals Limited; Padagis US LLC; Padagis, LLC; and Perrigo Company PLC | U.S. District Court for the Northern District of California (San Francsico) | 3:24-cv-02066-CRB | Charles R. Breyer |

Dated:  May 22, 2024

Respectfully submitted,

*/s/ R. Brent Wisner*
R. Brent Wisner (SBN: 276023)
rbwisner@wisnerbaum.com
Stephanie Sherman (SBN: 338390)
ssherman@wisnerbaum.com
**WISNER BAUM, LLP**

11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA  90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Counsel for Plaintiffs Diane Howard, Chatham Mullins, William Eisman, Christian M. Rainey, Tracey Cuomo, Alan Montenegro, Melissa Medina, James Mayfield, Michael Montgomery, Chinyere Harris, Grace Navarro, Priscilla Garcia, Noemi Gerena, Efren Ramos, Joshua Cross, Marisol Scharon, and Jennifer Snow*