# EXHIBIT 2



April 22, 2024

<u>*Via Electronic Mail Only*</u>
asoukup@cov.com, swinner@cov.com, Pboehm@wc.com, abowman@birdmarella.com, Michael.Fluhr@us.dlapiper.com, LKiser@KSLAW.com, shackelfordr@gtlaw.com, ccastillo@fbm.com, jlawrence@envisage.law, lefkowitz@kirkland.com, pjonna@limandri.com

      Re:  <u>Benzoyl Peroxide ("BPO") Class Action Litigation</u>

Dear Defense Counsel,

      As you know, Wisner Baum, LLP represents various consumers who have brought class action claims against your clients related to the presence of benzene in BPO products. These cases have been filed in federal district courts around California and Hawaii. I am aware of similar cases filed in California, Florida, and Louisiana after ours, but do not speak on those lawyers' behalf.

      I write to discuss how, if at all possible, we could coordinate these actions, provided there is interest on your end. One possibility is centralization pursuant to 28 U.S.C. § 1407, i.e., formation of a Multidistrict Litigation ("MDL") proceeding. Alternatively, we might consider coordination pursuant to 28 U.S.C. § 1404(a) transfers. The benefits of transfer and coordination are clear, including litigation efficiency without the unnecessary duplication of judicial efforts and resources across various districts, inconsistent rulings, and management difficulties. There would be benefits of comprehensive supervision by a single court.

      We would like to schedule a call to discuss this issue in the next two weeks. Could you please circulate times that work for you, and we will attempt to accommodate everyone's busy schedules.

      I look forward to your response.

Thank you,

Stephanie Sherman, Esq.
Partner
WISNER BAUM, LLP

11111 Santa Monica Blvd., Suite 1750, Los Angeles, CA 90025<br>
100 Drakes Landing Rd, Bldg. 100B, Suite 160, Greenbrae, CA 94904 | 2101 L Street, N.W., Suite 800, Washington, D.C. 20037<br>
(310) 207-3233 | wisnerbaum.com | (202) 466-0513