**BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: BENZOYL PEROXIDE**          **MDL DOCKET_____**
**"BPO" MARKETING AND SALES**
**PRACTICES LITIGATION**

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a)-(b) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion for Transfer,

Brief in Support of the Motion for Transfer, Declaration and Exhibits, and Schedule of Actions, as

well as copies of this Proof of Service, were served by email, overnight delivery or mailed via

Certified Mail on May 22, 2024 on the following:

## Clerks of Court Served via Personal Delivery:

**Thurgood Marshall Federal Judiciary Building**
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544-0005

## Clerks of Courts Served via U.S.P.S. Priority Mail:

Clerk of the Court
**U.S. District Court for the Central District of California - Western Division**
First Street U.S. Courthouse
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

Clerk of the Court
**U.S. District Court for the Central District of California – Southern Division**
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516

Clerk of the Court
**U.S. District Court for the Northern District of California**
Phillip Burton Federal Building and U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Clerk of the Court
**U.S. District Court for the Northern District of California**
Robert F. Peckham Federal Building and U.S. Courthouse
280 South 1st Street, Room 2112
San Jose, CA 95113

Clerk of the Court
**U.S. District Court for the Eastern District of California**
Robert E. Coyle U.S. Courthouse
2500 Tulare Street
Fresno, CA 93721

Clerk of the Court
**U.S. District Court for the Northern District of Illinois**
Dirksen Federal Building and U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Clerk of the Court
**U.S. District Court for the Southern District of New York**
Thurgood Marshall Federal Building and U.S. Courthouse
40 Foley Square
New York, NY 10007

Clerk of the Court
**U.S. District Court for the Southern District of New York**
Daniel Patrick Moynihan Federal Building and U.S. Courthouse
500 Pearl Street
New York, NY 10007

Clerk of the Court
**U.S. District Court for the Western District of Missouri**
Charles Evans Whittaker and U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Clerk of the Court
**U.S. District Court for the District of Minnesota**
Diana E. Murphy U.S. Courthouse
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

Clerk of the Court
**U.S. District Court for the District of South Carolina**
McMillan Federal Building and U.S. Courthouse
401 West Evans Street
Florence, SC 29501

Clerk of the Court
**U.S. District Court for the Eastern District of Louisiana**
Hale Boggs Federal Building and U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

**Counsel of Record Served via Electronic Mail for the following cases:**

1. ***Howard, et al. v. Alchemee, LLC, et al.***
   Central District of California, No. 2:24-cv-01834-SB-BFM

David Simon Kurtzer-Ellenbogen
Jessica Bodger Rydstrom
Paul E Boehm
**Williams and Connolly LLP**
680 Maine Ave SW
Washington, DC 20024
Fax: 202-434-5029
Email: dkurtzer@wc.com
Email: jrydstrom@wc.com
Email: pboehm@wc.com

Kathleen Anne Stricklin
**WFBM, LLP**
1900 MacArthur Boulevard, Suite 1150
92612-8433
Irvine, CA 92868
Tele: 714-634-2522
Fax: 714-634-0686
Email: kstricklin@wfbm.com

   **Counsel for Defendants: Alchemee, LLC and Taro Pharmaceutical USA, Inc.**

2. ***Montenegro v. CVS Pharmacy, Inc., et al.***
   Central District of California, No. 2:24-cv-01876-SB-BFM

Ricky L. Shackelford
Daniell K. Newman
Emerson B Luke
**Greenberg Traurig LLP**
1840 Century Park East Suite 1900
Los Angeles, CA 90067-2121
Tele: 310-586-7700
Fax: 310-586-7800
Email: Shackelfordr@gtlaw.com
Email: newmandk@gtlaw.com
Email: lukee@gtlaw.com

   **Counsel for Defendants: CVS Pharmacy, Inc. and CVS Health Corporation**

3. ***Montenegro, et al. v. RB Health (US) LLC***
   Central District of California, No. 2:24-cv-01878-SB-BFM

Andrew Soukup
**Covington and Burling LLP**
One City Center
850 Tenth Street NW
Washington, DC 20001
Tele: 202-662-6000
Fax: 202-662-6291
Email: asoukup@cov.com

Sonya D Winner
**Covington and Burling LLP**
Salesforce Tower
415 Mission Street Suite 5400
San Francisco, CA 94105-2533
Tele: 415-591-6000
Fax: 415-955-6091
Email: swinner@cov.com

Zachary Reed Glasser
**Covington and Burling LLP**
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Tele: 424-332-4800
Fax: 424-332-4749
Email: zglasser@cov.com

**Counsel for Defendant: RB Health US LLC**

4. ***Montenegro, et al. v. Johnson and Johnson Consumer, Inc.***
   Central District of California, No. 2:24-cv-01895-SB-BFM

Michael J. Fluhr
**DLA Piper LLP**
555 Mission Street Suite 2400
San Francisco, CA 94105
Tele: 415-836-2500
Fax: 415-836-2501
Email: michael.fluhr@us.dlapiper.com

Angela Christine Agrusa
**DLA Piper LLP US**
North Tower
2000 Avenue of the Stars Suite 400
Los Angeles, CA 90067-4704

Tele: 310-595-3000
Fax: 310-595-3300
Email: angela.agrusa@us.dlapiper.com

**Counsel for Defendant: Johnson and Johnson Consumer, Inc.**


5. *Harris v. Genomma Lab USA, Inc.*
   Eastern District of California, No. 1:24-cv-00289-JLT-SKO

Abraham Rejwan
Paul S. Chan
**Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP**
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Tele: 310-201-2100
Fax: 310-201-2110
Email: arejwan@birdmarella.com
Email: pchan@birdmarella.com

**Counsel for Defendant: Genomma Lab USA, Inc.**


6. *Navarro, et al. v. Walgreens Boots Alliance, Inc.*
   Eastern District of California, No. 1:24-cv-00290-KES-SKO

Ricky L. Shackelford
Daniell K. Newman
**Greenberg Traurig LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tele: 310.586.7700
Fax: 310.586.7800
Email: Shackelfordr@gtlaw.com
Email: newmandk@gtlaw.com

**Counsel for Defendant: Walgreens Boots Alliance, Inc.**


7. *Navarro, et al. v. Walmart, Inc.*
   Eastern District of California, No. 1:24-cv-00288-JLT-BAM

Livia Anne McCammon Kiser
**King & Spalding LLP**
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Tele: 312-764-6911
Fax: 312-995-6330

Email: lkiser@kslaw.com

**Counsel for Defendant: Walmart, Inc.**

8. ***Navarro v. Target Corporation***
   Eastern District of California, No. 1:24-cv-00280-JLT-SAB

Ricky L. Shackelford
Daniell K. Newman
**Greenberg Traurig LLP**
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
Tele: 310.586.7700
Fax: 310.586.7800
Email: Shackelfordr@gtlaw.com
Email: newmandk@gtlaw.com

**Counsel for Defendant: Target Corporation**

9. ***Snow v. L'Oreal USA, Inc.***
   District of Hawaii, No. 1:24-cv-00110-MWJS-KJM

C. Michael Heihre
Michi Momose
**Cades Schutte LLP**
Cades Schutte Building
1000 Bishop Street 12th Flr
Honolulu, HI 96813
Tele: 521-9200
Fax: 540-5009
Email: mheihre@cades.com
Email: mmomose@cades.com

Cynthia A. Castillo
Thomas B. Mayhew
**Farella Braun Martel LLP**
One Bush Street, Suite 900
San Francisco, CA 94104
Tele: (415) 954-4400
Email: ccastillo@fbm.com
Email: tmayhew@fbm.com

**Counsel for Defendant: L'Oreal USA, Inc.**

10. ***Garcia, et al. v. Crown Laboratories, Inc.***
Northern District of California, No. 3:24-cv-01448-EMC

Michael John Shipley
**Kirkland & Ellis LLP**
555 South Flower Street Suite 3700
Los Angeles, CA 90071
Tele: 213-680-8222
Email: michael.shipley@kirkland.com

**Counsel for Defendant: Crown Laboratories, Inc.**

11. ***Ramos, et al. v. Alchemee, LLC***
Northern District of California, No. 5:24-cv-02230-BLF

David S. Kurtzer-Ellenbogen
Jessica Bodger Rydstrom
**Williams & Connolly LLP**
680 Maine Avenue, SW
Washington, DC 20024
Fax: (202) 434-5029
Email: dkurtzer@wc.com
Email: jrydstrom@wc.com

Ingrid Kristin Campagne
**WFBM, LLP**
255 California Street, Suite 525
San Francisco, CA 94111
Tele: 415-781-7072
Fax: 415-391-6258
Email: icampagne@wfbm.com

**Counsel for Defendant: Alchemee, LLC**

12. ***Teron v. Alchemee, LLC et al.***
Central District of California, No. 5:24-cv-01918-NC

Kiley Lynn Grombacher
**Bradley Grombacher, LLP**
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Tele: (805) 270-7100
Fax: (805) 618-2939
Email: kgrombacher@bradleygrombacher.com
**Counsel for Plaintiff: George Teron**

David S. Kurtzer-Ellenbogen
**Williams & Connolly LLP**
680 Maine Ave SW
Washington, DC 20024
Tele: (202) 434-5676
Fax: (202) 434-5029
Email: dkurtzer@wc.com

Ingrid Kristin Campagne
**WFBM, LLP**
255 California Street, Suite 525
San Francisco, CA 94111
Tele: (415) 781-7072
Fax: (415) 391-6258
Email: icampagne@wfbm.com

Kathleen Anne Stricklin
**WFBM, LLP**
19900 MacArthur Blvd, Suite 1150
Irvine, CA 92868
Tele: (714) 634-2522
Fax: (714) 634-0686
Email: kstricklin@wfbm.com

      **Counsel for Defendants: Alchemee, LLC and Taro Pharmaceuticals USA, Inc.**

    **13. _O'Dea v. Alchemee, LLC et al._**
      Northern District of Illinois (Chicago), No. 1:24-cv-02755

Nick Suciu, III
**Milberg Coleman Bryson Phillips Grossman, PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 483021
Tele: (313) 303-3472
Email: nsuciu@milberg.com

John Hunter Bryson
**Milberg Coleman Bryson Phillips Grossman, Pllc**
900 W. Morgan Street
Raleigh, NC 27603
Tele: (919) 600-5000
Email: hbryson@milberg.com

Luis Angel Cardona
**Milberg Coleman Bryson Phillips Grossman, Pllc**
1311 Ponce De Leon Avenue
San Juan, PR 00985

Tele: (516) 862-0194
Email: lCardona@milberg.com

Gary M. Klinger
**Milberg Coleman Bryson Phillips Grossman PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tele: (866) 252-0878
Email: gklinger@milberg.com

Philip Fraietta
**Bursor & Fisher P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tele: (646) 837-7150
Email: pfraietta@bursor.com

   **Counsel for Plaintiff: Lucinda O'Dea**

James Robert Shultz
Connor Joseph Doughty
Sherry Ann Knutson
**Tucker Ellis, LLP**
233 South Wacker Drive, Suite 6950
Chicago, IL 60606
Tele: (312) 624-9401
Email: james.shultz@tuckerellis.com
Email: connor.doughty@tuckerellis.com
Email: sherry.knutson@tuckerellis.com

   **Counsel for Defendants: Alchemee, LLC and Taro Pharmaceuticals U.S.A., Inc.**

  **14. _Judt v. Alchemee, LLC_**
   Southern District of New York, No. 7:24-cv-02718-PMH

Mark Samuel Reich
**Levi & Korsinsky LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Tele: (212) 363-7500
Email: mreich@zlk.com

   **Counsel for Plaintiff: Jordan Judt**

David Simon Kurtzer-Ellenbogen
**Williams & Connolly LLP**
680 Maine Ave SW

Washington, DC 20024
Tele: (202) 434-5676
Fax: (202) 434-5029
Email: dkurtzer@wc.com

**Counsel for Defendants: Alchemee, LLC and Taro Pharmaceuticals USA, Inc**.

15. *Heermann, et al. v. Alchemme, LLC, et al.*
     Western District of Missouri (Kansas City), No. 4:24-cv-00195-BCW

Thomas P. Cartmell
Melody Dickson
**Wagstaff & Cartmell**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tele: (816) 701-1100
Fax: (816) 531-2372
Email: tcartmell@wcllp.com
Email: mdickson@wcllp.com

**Counsel for Plaintiffs: Jamie Heermann, Bianca Jackson and Cole Scroggs**

David S. Kurtzer-Ellenbogen
**Williams & Connolly LLP**
680 Maine Ave. SW
Washington, DC, DC 20024
Tele: (202) 434-5676
Fax: (202) 434-5029
Email: dkurtzer@wc.com

Sandra J. Wunderlich
**Tucker Ellis LLP - StL**
100 South 4th Street, Suite 600
St. Louis, MO 63102
Tele: (314) 256-2544
Fax: (314) 256-2549
Email: sandra.wunderlich@tuckerellis.com

**Counsel for Defendants: Alchemme, LLC, Taro Pharmaeuticals U.S.A. Inc., and Taro Pharmaceuticals Industries, Ltd.**

Andrew Soukup
**Covington & Burling LLP**
850 Tenth Street NW
Washington, DC 20001
Tele: (202) 662-5066
Fax: (202) 778-5066

Email: asoukup@cov.com

Kristen A. Cooke
**Swanson Martin & Bell LLP**
330 N. Wabash, Suite 3300
Chicago, IL 60611
Tele: (312) 321-3513
Fax: (312) 321-0990
Email: kcooke@smbtrials.com

      **Counsel for Defendant: RB Health (US) LLC**

   **16.** ***Vishnoi v. Johnson & Johnson Consumer, Inc.***
      Northern District of Illinois (Chicago), No. 1:24-cv-02193

John Hunter Bryson
**Milberg Coleman Bryson Phillips Grossman, Pllc**
900 W. Morgan Street
Raleigh, NC 27603
Tele: (919) 600-5000
Email: hbryson@milberg.com

Nick Suciu, III
**Milberg Coleman Bryson Phillips Grossman, PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 483021
Tele: (313) 303-3472
Email: nsuciu@milberg.com

Russell Busch
**Milberg Coleman Bryson Phillips Grossman Pllc**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tele: (630) 796-0903
Email: rbusch@milberg.com

Luis Angel Cardona
**Milberg Coleman Bryson Phillips Grossman, Pllc**
1311 Ponce De Leon Avenue
San Juan, PR 00985
Tele: (516) 862-0194
Email: lCardona@milberg.com

Philip Fraietta
**Bursor & Fisher P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019

Tele: (646) 837-7150
Email: pfraietta@bursor.com

Gary M. Klinger
**Milberg Coleman Bryson Phillips Grossman PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tele: (866) 252-0878
Email: gklinger@milberg.com

> **Counsel for Plaintiff: Samvardhan Vishnoi**

Joseph Michael Carey
**DLA Piper LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606
Tele: (312) 368-2113
Email: joe.carey@dlapiper.com

Michael Fluhr
**DLA Piper LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tele: (415) 615-6011
Email: michael.fluhr@us.dlapiper.com

> **Counsel for Defendant: Johnson & Johnson Consumer, Inc.**

17. **_Bolyard v. Walgreens Boots Alliance, Inc._**
    Northern District of Illinois (Chicago), No. 1:24-cv-03138

Nicholas Rudolph Lange
**Freed Kanner London & Millen LLC**
100 Tri-State International Drive, Suite 128
Lincolnshire, IL 60069
Tele: (224) 632-4510
Fax: (224) 632-4521
Email: nlange@fklmlaw.com

> **Counsel for Plaintiff: Monica Bolyard**

Brett Michael Doran
Brian D Straw
Dambi Kim
**Greenberg Traurig LLP**
77 West Wacker Drive, Suite 3100

Chicago, IL 60601
Tele: (312) 457 8400
Email: doranb@gtlaw.com
Email: Dambi.Kim@gtlaw.com
Email: strawb@gtlaw.com

**Counsel for Defendant: Walgreens Boots Alliance, Inc.**

**18.** ***O'Dea v. Target Corporation***
Northern District of Illinois (Chicago), No. 1:24-cv-02763

Nick Suciu, III
**Milberg Coleman Bryson Phillips Grossman, PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 483021
Tele: (313) 303-3472
Email: nsuciu@milberg.com

John Hunter Bryson
**Milberg Coleman Bryson Phillips Grossman, Pllc**
900 W. Morgan Street
Raleigh, NC 27603
Tele: (919) 600-5000
Email: hbryson@milberg.com

Luis Angel Cardona
**Milberg Coleman Bryson Phillips Grossman, Pllc**
1311 Ponce De Leon Avenue
San Juan, PR 00985
Tele: (516) 862-0194
Email: lCardona@milberg.com

Russell Busch
**Milberg Coleman Bryson Phillips Grossman Pllc**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tele: (630) 796-0903
Email: rbusch@milberg.com

Philip Fraietta
**Bursor & Fisher P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tele: (646) 837-7150
Email: pfraietta@bursor.com

Gary M. Klinger
**Milberg Coleman Bryson Phillips Grossman PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tele: (866) 252-0878
Email: gklinger@milberg.com

**Counsel for Plaintiff: Lucinda O'Dea**

Brett Michael Doran
Brian D Straw
Dambi Kim
**Greenberg Traurig LLP**
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tele: (312) 457 8400
Email: doranb@gtlaw.com
Email: strawb@gtlaw.com
Email: Dambi.Kim@gtlaw.com

**Counsel for Defendant: Target Corporation**

19. ***Miller, et al. v. Target Corporation***
     District of Minnesota, No. 0:24-cv-01323-ECT-JFD

Courtney Maccarone
Mark Samuel Reich
Melissa Meyer
**Levi & Korsinsky LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Tele: 212-363-7500
Email: cmaccarone@zlk.com
Email: mreich@zlk.com
Email: mmeyer@zlk.com

Krista Freier
Rebecca A. Peterson
Robert K Shelquist
**Lockridge Grindal Nauen PLLP**
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401-2179
Tele: 612-339-6900
Fax: 612-339-0981
Email: kkfreier@locklaw.com
Email: rapeterson@locklaw.com
Email: rkshelquist@locklaw.com

**Counsel for Plaintiffs: Bria Miller and Jordan Judt**

Ann Elizabeth Motl
**Greenberg Traurig, LLP**
3500 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tele: (612) 259-9753
Email: motla@gtlaw.com

Laura Rose Hammargren
**Greenberg Traurig, P.A**
90 S. 7th St., Suite 3500
Minneapolis, MN 55402
Tele: (612) 259-9689
Email: laura.hammargren@gtlaw.com

**Counsel for Defendant: Target Corporation**

20. **_Williams v. Walmart, Inc._**
    Northern District of Illinois (Chicago), No. 1:24-cv-02173

John Hunter Bryson
**Milberg Coleman Bryson Phillips Grossman, Pllc**
900 W. Morgan Street
Raleigh, NC 27603
Tele: (919) 600-5000
Email: hbryson@milberg.com

Nick Suciu , III
**Milberg Coleman Bryson Phillips Grossman, PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 483021
Tele: (313) 303-3472
Email: nsuciu@milberg.com

Russell Busch
**Milberg Coleman Bryson Phillips Grossman Pllc**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tele: (630) 796-0903
Email: rbusch@milberg.com

Luis Angel Cardona
**Milberg Coleman Bryson Phillips Grossman, Pllc**
1311 Ponce De Leon Avenue
San Juan, PR 00985

Tele: (516) 862-0194
Email: lCardona@milberg.com

Gary M. Klinger
**Milberg Coleman Bryson Phillips Grossman PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tele: (866) 252-0878
Email: gklinger@milberg.com

Philip Fraietta
**Bursor & Fisher P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tele: (646) 837-7150
Email: pfraietta@bursor.com

**Counsel for Plaintiff: Skylar Williams**

Livia McCammon Kiser
**King and Spalding LLP**
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Tele: (312) 764-6911
Email: lkiser@kslaw.com

**Counsel for Defendant: Walmart, Inc.**

21. _**Sanderlin v. Walmart Inc.**_
District of South Carolina (Florence), No. 4:24-cv-01656-RBH

Timothy Ryan Langley
**Langley Law Firm**
229 Magnolia Street
Spartanburg, SC 29306
Tele: (864) 774-4662
Fax: (864) 580-7041
Email: ryan@thelangleylawfirm.com

**Counsel for Plaintiff: Emily Sanderlin**

22. ***Emery, et al. v. Wal-Mart Stores, Inc.***
    Western District of Missouri, No. 3:24-cv-05019-BCW

Melody Dickson
Thomas P. Cartmell
**Wagstaff & Cartmell**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tele: (816) 701-1100
Fax: (816) 531-2372
Email: mdickson@wcllp.com
Email: tcartmell@wcllp.com

**Counsel for Plaintiffs:  Christopher Emery and Anthony Ryan**

James Larkin Smith
**King & Spalding LLP**
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Tele: (713) 276-7363
Email: jsmith@kslaw.com

**Counsel for Defendant: Wal-Mart Stores, Inc.**

23. ***Flores, et al. v. Crown Laboratories, Inc.***
    Western District of Missouri (Kansas City), No. 4:24-cv-00211-GAF

Thomas P. Cartmell
Melody Dickson
**Wagstaff & Cartmell**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tele: (816)701-1100
Fax: (816) 531-2372
Email: tcartmell@wcllp.com
Email: mdickson@wcllp.com

**Counsel for Plaintiffs:  Angelina Flores and Holly Grossenbacher**

Nicole R Marcotte
**Kirkland & Ellis LLP**
333 W Wolf Point Plaza
Chicago, IL 60654
Tele: (312) 862-1259
Email: nikki.marcotte@kirkland.com

**Counsel for Defendant: Crown Laboratories, Inc.**

24. __*Erin Del Toro, et al. v. Crown Laboratories, Inc.*__
     Central District of California (Santa Ana), No. 8:24-cv-00573-JVS-JDE

Kristen Lake Cardoso
**Kopelowitz Ostrow PA**
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301
954-525-4100
Fax: 954-525-4300
Email: Cardoso@kolawyers.com

> **Counsel for Plaintiffs: Erin Del Toro and Louisa Romo**

Michael J. Shipley
**Kirkland and Ellis LLP**
555 South Flower Street Suite 3700
Los Angeles, CA 90071
Tele: (213) 680-8400
Fax: (213) 680-8500
Email: mshipley@kirkland.com
> **Counsel for Defendant: Crown Laboratories, Inc.**

25. __*Mraz v. L'Oreal USA, Inc.*__
     Southern District of New York, No. 1:24-cv-01974

James E. Cecchi
Jason Henry Alperstein
**Carella, Byrne, Cechi, Olstein, Brody & Agnello, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tele: (973) 994-1700
Fax: (973) 994-1744
Email: jcecchi@carellabyrne.com
Email: jalperstein@carellabyrne.com

Steven Sukert
**Kopelowitz Ostrow PA**
1 W Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33131
Tele: (954) 284-1520
Fax: (954) 525-4300
Email: sukert@kolawyers.com

> **Counsel for Plaintiff: Kayla Mraz**

Thomas B. Mayhew
Cynthia A Castillo
**Farella Braun and Martel**
One Bush Street, Suite 900
San Francisco, CA 94104
Tele: (415) 954-4400
Fax: (415) 954-4480
Email: tmayhew@fbm.com
Email: ccastillo@fbm.com

**Counsel for Defendant: L'Oreal USA, Inc.**

26. *Painter, et al. v. L'Oreal USA, Inc.*
    Western District of Missouri (Springfield), No. 6:24-cv-03077-MDH

Thomas P. Cartmell
Melody Dickson
**Wagstaff & Cartmell**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tele: (816)701-1100
Fax: (816) 531-2372
Email: tcartmell@wcllp.com
Email: mdickson@wcllp.com

**Counsel for Plaintiffs: Ellen Painter and Robert Hightower**

Breanna Spackler
**Spencer Fane LLP**
1000 Walnut St., Suite 1400
Kansas City, MO 64106
Tele: (816) 474-8100
Fax: (816) 474-3216
Email: bspackler@spencerfane.com

Cynthia A Castillo
**Farella Braun & Martel LLP**
One Bush Street, Suite 900
San Francisco, CA 94104
Tele: (415) 954-4480
Fax: (415) 954-4480
Email: ccastillo@fbm.com

Jason C. Smith
**Spencer Fane LLP**
2144 E. Republic Road, Suite B300
Springfield, MO 65804

Tele: (417) 888-1013
Fax: (417) 881-8035
Email: jcsmith@spencerfane.com

**Counsel for Defendant: L'Oreal USA, Inc.**


27. ***O'Dea v. L'Oreal, USA***
     Northern District of Illinois (Chicago), No. 1:24-cv-02762

Nick Suciu, III
**Milberg Coleman Bryson Phillips Grossman, PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 483021
Tele: (313) 303-3472
Email: nsuciu@milberg.com

John Hunter Bryson
**Milberg Coleman Bryson Phillips Grossman, Pllc**
900 W. Morgan Street
Raleigh, NC 27603
Tele: (919) 600-5000
Email: hbryson@milberg.com

Luis Angel Cardona
**Milberg Coleman Bryson Phillips Grossman, Pllc**
1311 Ponce De Leon Avenue
San Juan, PR 00985
Tele: (516) 862-0194
Email: lCardona@milberg.com

Russell Busch
**Milberg Coleman Bryson Phillips Grossman Pllc**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tele: (630) 796-0903
Email: rbusch@milberg.com

Gary M. Klinger
**Milberg Coleman Bryson Phillips Grossman PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tele: (866) 252-0878
Email: gklinger@milberg.com

Philip Fraietta
**Bursor & Fisher P.A.**
1330 Avenue of the Americas, 32nd Floor

New York, NY 10019
Tele: (646) 837-7150
Email: pfraietta@bursor.com

    **Counsel for Plaintiff: Lucinda O'Dea**

   28. ***Noakes v. L'Oreal U.S.A., Inc.***
       Southern District of New York (Foley Square), No. 1:24-cv-02735-AT

Mark Samuel Reich
**Levi & Korsinsky LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Tele: (212) 363-7500
Email: mreich@zlk.com

    **Counsel for Plaintiff: Ciara Noakes**

   29. ***Grossenbacher v. L'Oreal USA Inc.***
       Eastern District of Louisiana (New Orleans), No. 2:24-cv-00663-GGG-MBN

Jennifer M. Hoekstra
R. Jason Richards
**Aylstock, Witkin, Kreis & Overholtz, PLLC**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Tele: (850) 202-1010
Email: jhoekstra@awkolaw.com
Email: jRichards@awkolaw.com

    **Counsel for Plaintiff: Holly Grossenbacher**

Ashley Joy Heilprin
Jesse Cobb Stewart
**Phelps Dunbar, LLP**
Canal Place
365 Canal St., Suite 2000
New Orleans, LA 70130-6534
Fax: (504) 596-0933
Email: ashley.heilprin@phelps.com
Email: jesse.stewart@phelps.com

    **Counsel for Defendant: L'Oreal USA Inc.**

30. *Daugherty et al. v. Padagis Israel Pharmaceuticals Limited, et al.*
    Northern District of California, No. 3:24-cv-02066-CRB

R. Jason Richards
Sin-Ting Mary Liu
**Aylstock, Witkin, Kreis and Overholtz, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Tele: (850) 202-1010
Fax: (760) 304-8933
Email: mliu@awkolaw.com
Email: JRichards@awkolaw.com

**Counsel for Plaintiffs: Lindsey Daugherty, Tuan Nguyen and Cole Scroggs**

# Defendants Served via U.S.P.S. Priority Mail:

1. *Sanderlin v. Walmart Inc.*
   District of South Carolina (Florence), No. 4:24-cv-01656-RBH

CT Corporation Systems
2 Office Park Court, Suite 103
Columbia, SC 29223

**Authorized Agent for Defendant: Walmart Inc.**

2. *O'Dea v. L'Oreal, USA*
   Northern District of Illinois (Chicago), No. 1:24-cv-02762

Tonya Purnell, Authorized Agent
Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, Illinois 62703

**Authorized Agent for Defendant: L'Oreal, USA**

3. *Noakes v. L'Oreal U.S.A., Inc.*
   Southern District of New York (Foley Square), No. 1:24-cv-02735-AT

CSC – Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**Authorized Agent for Defendant: L'Oreal U.S.A., Inc.**

4. _**Daugherty et al. v. Padagis Israel Pharmaceuticals Limited, et al.**_
   Northern District of California, No. 3:24-cv-02066-CRB

Padagis Israel Pharmaceuticals Limited, Authorized Agent
Rakefet Street
Shoham, Israel 6085001

Padagis LLC, Authorized Agent
1251 Lincoln Road
Allegan, MI 49010

Padagis US LLC, Authorized Agent
1251 Lincoln Road
Allegan, MI 49010

Perrigo Company PLC, Authorized Agent
515 Eastern Avenue
Allegan, MI 49010

**Authorized Agents for Defendants: Padagis Israel Pharmaceuticals Limited, Padagis LLC, Padagis US LLC, and Perrigo Company PLC**

Dated:  May 22, 2024                              Respectfully submitted,

                                                 _/s/ Brent Wisner_
                                                 R. Brent Wisner (SBN: 276023)
                                                 rbwisner@wisnerbaum.com
                                                 Stephanie Sherman (SBN: 338390)
                                                 ssherman@wisnerbaum.com
                                                 **WISNER BAUM, LLP**
                                                 11111 Santa Monica Blvd., Suite 1750
                                                 Los Angeles, CA  90025
                                                 Telephone:  (310) 207-3233
                                                 Facsimile:  (310) 820-7444

                                                 _Counsel for Plaintiffs Diane Howard, Chatham Mullins, William Eisman, Christian M. Rainey, Tracey Cuomo, Alan Montenegro, Melissa Medina, James Mayfield, Michael Montgomery, Chinyere Harris, Grace Navarro, Priscilla Garcia, Noemi Gerena, Efren Ramos, Joshua Cross, Marisol Scharon, and Jennifer Snow_