BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Benzoyl Peroxide Marketing, Sales Practices and Products Liability Litigation

MDL No. 3120

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **Defendants' Opposition to Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407** were served on all parties in the following cases electronically via ECF, or as indicated below, on June 21, 2024.

*Bolyard v. Walgreens Boots Alliance, Inc.,* **ND Ill, 1:24-cv-3138**

| | |
|---|---|
| Nicholas Rudolph Lange<br>FREED KANNER LONDON & MILLEN LLC<br>100 Tri-State International Drive, Suite 128<br>Lincolnshire, IL 60069<br>Tel: (224) 632-4510<br>Email: nlange@fklmlaw.com | Ricky L. Shackelford<br>GREENBERG TAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Tel: (310) 586-7700<br>Email: shackelforde@gtlaw.com |
| Counsel for Plaintiff<br>*Monica Bolyard* | Counsel for Defendant<br>*Walgreens Boots Alliance, Inc.* |

*Diane Howard et al v. Alchemee, LLC et al.,* **CD Cal, 2:24-cv-1834**
**[related cases: 2:24-cv-1878, 2:24-cv-1895; 2:24-cv-1876]**

| | |
|---|---|
| R. Brent Wisner<br>WISNER BAUM, LLP<br>11111 Santa Monica Blvd., Suite 1750<br>Los Angeles, CA 90025<br>Tel: (310) 207-3233<br>Email: rbwisner@wisnerbaum.com | Paul E. Boehm<br>WILLIAMS AND CONNELLY LLP<br>680 Maine Ave SW<br>Washington, DC 20024<br>Tel: (202) 434-5676<br>Email: pboehm@wc.com |
| Counsel for Plaintiffs<br>*Diane Howard; Chatham Mullins; William Eisman; Christian M. Rainey; Tracey Cuomo* | Counsel for Defendants<br>*Alchemee, LLC; Taro Pharmaceutical U.S.A., Inc.; Taro Pharmaceutical Industries Ltd.* |

*Judt v. Alchemee, LLC et al.,* **SD NY, 7:24-cv-2718**

| | |
|---|---|
| Mark Samuel Reich<br>LEVI & KORSINSKY LLP<br>33 Whitehall St, 17th Floor<br>New York, NY 10004<br>Tel: (212) 363-7500<br>Email: mreich@zlk.com | Paul E. Boehm<br>WILLIAMS AND CONNELLY LLP<br>680 Maine Ave SW<br>Washington, DC 20024<br>Tel: (202) 434-5676<br>Email: pboehm@wc.com |

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| *Jordan Judt* | *Alchemee, LLC; Taro Pharmaceutical U.S.A., Inc.; Taro Pharmaceutical Industries Ltd.* |

### *Miller et al. v. Target Corp.*, **Dist. Minn (DMN), 0:24-cv-1323**

| | |
|---|---|
| Mark Samuel Reich<br>LEVI & KORSINSKY, LLP<br>33 Whitehall St, 17th Floor<br>New York, NY 10004<br>Tel; (212) 363-7500<br>Email: mreich@zlk.com | Ricky L. Shackelford<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Tel: (310) 586-7700<br>Email: shackelforde@gtlaw.com |
| Counsel for Plaintiffs<br>*Bria Miller; Jordan Judt* | Counsel for Defendants<br>*Target Brands and Target Corporation* |

### *Alan Montenegro v. CVS Pharmacy, Inc., et al.*, **CD Cal, 2:24-cv-1876**
**[related cases 2:24-cv-1895, 2:24-cv-1878, 2:24-cv-1834]**

| | |
|---|---|
| R. Brent Wisner<br>WISNER BAUM, LLP<br>11111 Santa Monica Blvd., Suite 1750<br>Los Angeles, CA 90025<br>Tel: (310) 207-3233<br>Email: rbwisner@wisnerbaum.com | Ricky L. Shackelford<br>GREENBERG TRAURIG LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Tel: (310) 586-7700<br>Email: shackelfordr@gtlaw.com |
| Counsel for Plaintiff<br>*Alan Montenegro* | Counsel for Defendants<br>*CVS Pharmacy, Inc., CVS Health Corporation* |

### *Alan Montenegro et al. v. Johnson & Johnson Consumer Inc.*, **CD Cal, 2:24-cv-1895 SB(BFMx)**
**[related cases 2:24-cv-1876, 2:24-cv-1834, 2:24-cv-1878]**

| | |
|---|---|
| R. Brent Wisner<br>WISNER BAUM, LLP<br>11111 Santa Monica Blvd., Suite 1750<br>Los Angeles, CA 90025<br>Email: rbwisner@wisnerbaum.com | Angela C. Agrusa<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400, North Tower<br>Los Angeles, California 90067<br>Tel: (310) 595-3000<br>Email: angela.agrusa@us.dlapiper.com |
| Counsel for Plaintiffs<br>*Alan Montenegro; Melissa Medina; Noah Long; Daniel Feldtkeller; Robin Corey; Marilyn Saavedra; Leslie Lamay; Alexandra Donato; Jenny Qu; Kayleigh Schneider; Starnella Harder; Johne Conte; Brenda Morgan; Joseph Long; Abdallah Al-Qudsi; Cheryl Powers; Verunika Dujmovic; Daniel Calzado* | Counsel for Defendants<br>*Johnson & Johnson Consumer Inc. and Kenvue Inc.* |

*Alan Montenegro et al v. RB Health US LLC, et al.*, CD Cal, 2:24-cv-1878 SB(BFMx)
**[related cases 2:24-cv-1876, 2:24-cv-1834, 2:24-cv-1895]**

R. Brent Wisner
WISNER BAUM, LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Email: rbwisner@wisnerbaum.com

Counsel for Plaintiffs
*Alan Montenegro; James Mayfield; Chatham Mullins; Michael Montgomery*

Andrew Soukup
COVINGTON & BURLING LLP
850 Tenth Street Northwest
Washington, D.C. 20001
Tel: (202) 662-5066
Email: asoukup@cov.com

Counsel for Defendant
*RB Health (US) LLC*

*Mraz v. L'Oreal USA, Inc.*, SD NY, 1:24-cv-1974 - CASE CLOSED

James E. Cecchi
CARELLA BYRNE CECCHI BRODY & AGNELLO P.C.
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
Email: jcecchi@carellabyrne.com

Steven Sukert
KOPELOWITZ OSTROW PA
1 W Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33131
Tel: (954) 284-1520
Email: sukert@kolawyers.com

Counsel for Plaintiff
*Kayla Mraz*

Thomas B. Mayhew
FARELLA BRAUN + MARTEL
One Bush Street, Suite 900
San Francisco, CA 94104
Tel: (415) 954-4400
Email: tmayhew@fbm.com

Counsel for Defendant
*L'Oreal USA, Inc.*

*Navarro v. Target Corporation*, ED Cal, 1:24-cv-280
**[related cases: 1:24-cv-288; 1:24-cv-289; 1:24-cv-290]**

R. Brent Wisner
WISNER BAUM, LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Email: rbwisner@wisnerbaum.com

Counsel for Plaintiff
*Grace Navarro*

Ricky L. Shackelford
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700
Email: shackelforde@gtlaw.com

Counsel for Defendants
*Target Brands and Target Corporation*

*Navarro v. Walgreens Boots Alliance, Inc.*, **ED Cal, 1:24-cv-290**
**[related cases: 1:24-cv-280, 1:24-cv-288, 1:24-cv-289]**

R. Brent Wisner
WISNER BAUM, LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Email: rbwisner@wisnerbaum.com

Counsel for Plaintiffs
*Grace Navarro and Chatham Mullins*

Ricky L. Shackelford
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700
Email: shackelforde@gtlaw.com

Counsel for Defendant
*Walgreens Boots Alliance, Inc.*

*Navarro, et al v. Walmart, Inc.*, **ED Cal, 1:24-cv-288**
**[related cases: 1:24-cv-280, 1:24-cv-289, 1:24-cv-290]**

R. Brent Wisner
WISNER BAUM, LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Email: rbwisner@wisnerbaum.com

Counsel for Plaintiffs
*Grace Navarro and Chatham Mullins*

Livia M. Kiser
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Tel: (213) 443-4355
Email: lkiser@kslaw.com

Counsel for Defendant
*Walmart, Inc. and Wal-Mart Stores, Inc.*

*Daugherty, et al. v. Padagis Israel Pharmaceuticals Limited*, **et al., ND Cal, 3:24-cv-2066**

Bryan F. Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel: (850) 202-1010
Email: baylstock@awkolaw.com

Counsel for Plaintiffs
*Lindsey Daugherty; Tuan Nguyen; Cole Scroggs*

Richard Barnes
GOODELL DEVRIES LEECH & DANN LLP
One South Street, 20th Floor
Baltimore, MD 21202
Tel: (410) 783-4004
Email: rmb@gdldlaw.com

Counsel for Defendant
*Padagis US LLC*

*Noakes v. L'Oreal USA, Inc.*, **SD NY, 1:24-cv-2735**

Mark Samuel Reich
LEVI & KORSINSKY LLP
33 Whitehall St, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Email: mreich@zlk.com

Thomas B. Mayhew
FARELLA BRAUN + MARTEL
One Bush Street, Suite 900
San Francisco, CA 94104
Tel: (415) 954-4400
Email: tmayhew@fbm.com

Counsel for Plaintiff
*Ciara Noakes*

Counsel for Defendant
*L'Oreal USA, Inc.*

### *O'Dea v. Target Corporation*, ND Ill, 1:24-cv-2762

Nick Suciu, III
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 483021
Tel: (313) 303-3472
Email: nsuciu@milberg.com

Counsel for Plaintiff
*Lucinda O'Dea*

Ricky L. Shackelford
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700
Email: shackelforde@gtlaw.com

Counsel for Defendants
*Target Brands and Target Corporation*

### *O'Dea v. Alchemee, LLC* et al., ND Ill, 1:24-cv-2755

Nick Suciu, III
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 483021
Tel: (313) 303-3472
Email: nsuciu@milberg.com

Counsel for Plaintiff
*Lucinda O'Dea*

Paul E. Boehm
WILLIAMS AND CONNELLY LLP
680 Maine Ave SW
Washington, DC 20024
Tel: (202) 434-5676
Email: pboehm@wc.com

Counsel for Defendants
*Alchemee, LLC; Taro Pharmaceutical U.S.A., Inc.; Taro Pharmaceutical Industries Ltd.*

### *Painter et al v. L'Oreal USA, Inc.*, WD Mo, 6:24-cv-3077

Thomas P. Cartmell
Melody Dickson
WAGSTAFF & CARTMELL
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
Email: tcartmell@wellp.com
Email: mdickson@wcllp.com

Counsel for Plaintiffs
*Ellen Painter, Robert Hightower*

Thomas B. Mayhew
FARELLA BRAUN + MARTEL
One Bush Street, Suite 900
San Francisco, CA 94104
Tel: (415) 954-4400
Email: tmayhew@fbm.com

Counsel for Defendant
*L'Oreal USA, Inc.*

### *Sanderlin v. Walmart Inc.*, Dist SC, 4:24-cv-1656

Timothy Ryan Langley
LANGLEY LAW FIRM
229 Magnolia Street

Livia M. Kiser
KING & SPALDING LLP
633 West Fifth Street, Suite 1600

Spartanburg, SC 29306
Tel: (864) 774-4662
Email: ryan@thelangleylawfirm.com

Counsel for Plaintiff
*Emily Sanderlin*

Los Angeles, California 90071
Tel: (213) 443-4355
Email: lkiser@kslaw.com

Counsel for Defendants
*Walmart, Inc. and Wal-Mart Stores, Inc.*

### *Snow v. L'Oreal USA, Inc.*, **Dist. HI, 1:24-cv-110**

R. Brent Wisner
WISNER BAUM, LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Email: rbwisner@wisnerbaum.com

Counsel for Plaintiff
*Jennifer Snow*

Thomas B. Mayhew
FARELLA BRAUN + MARTEL
One Bush Street, Suite 900
San Francisco, CA 94104
Tel: (415) 954-4400
Email: tmayhew@fbm.com

Counsel for Defendant
*L'Oreal USA, Inc.*

### *Teron v. Alchemee, LLC* et al., **ND Cal, 5:24-cv-1918**
**[related case: 5:24-cv-2230]**

R. Brent Wisner
WISNER BAUM, LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Email: rbwisner@wisnerbaum.com

Counsel for Plaintiffs
*George Teron; Efren Ramos; Joshua Cross; Marisol Scharon*

Paul E. Boehm
WILLIAMS AND CONNELLY LLP
680 Maine Ave SW
Washington, DC 20024
Tel: (202) 434-5676
Email: pboehm@wc.com

Counsel for Defendants
*Alchemee, LLC; Taro Pharmaceutical U.S.A., Inc.; Taro Pharmaceutical Industries Ltd.*

### *Ramos et al v. Alchemee, LLC*, **ND Cal, 5:24-2230**
**[related case: 5:24-cv-1918]**

R. Brent Wisner
WISNER BAUM, LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Email: rbwisner@wisnerbaum.com

Counsel for Plaintiffs
*Efren Ramos; Joshua Cross, Marisol Scharon*

Paul E. Boehm
WILLIAMS AND CONNELLY LLP
680 Maine Ave SW
Washington, DC 20024
Tel: (202) 434-5676
Email: pboehm@wc.com

Counsel for Defendants
*Alchemee, LLC; Taro Pharmaceutical U.S.A., Inc.; Taro Pharmaceutical Industries Ltd.*

*Vishnoi v. Johnson & Johnson Consumer Inc.*, **ND Ill, 1:24-cv-2193**

Nick Suciu, III
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 483021
Tel: (313) 303-3472
Email: nsuciu@milberg.com

Counsel for Plaintiff
*Samvardhan Vishnoi*

Angela C. Agrusa
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, California 90067
Tel: (310) 595-3000
Email: angela.agrusa@us.dlapiper.com

Counsel for Defendant
*Johnson & Johnson Consumer Inc.*

*Erin Del Toro et al. v. Crown Laboratories, Inc.*, **CD Cal, 8:24-cv-573**

Kristen Lake Cardoso
KOPELOWITZ OSTROW PA
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
Email: cardoso@kolawyers.com

Counsel for Plaintiffs
*Erin Del Toro, Louisa Romo*

Devora W. Allon
KIRKLAND AND ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
Email: devora.allon@kirkland.com

Counsel for Defendant
*Crown Laboratories, Inc.*

*Williams v. Walmart, Inc.*, **ND Ill, 1:24-cv-2173**

Nick Suciu, III
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 483021
Tel: (313) 303-3472
Email: nsuciu@milberg.com

Counsel for Plaintiff
*Skylar Williams*

Livia McCammon Kiser
King & Spalding LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Tel: (312) 764-6911
Email: lkiser@kslaw.com

Counsel for Defendant
*Walmart, Inc.*

*Emery et al. v. Wal-Mart Stores, Inc.*, **WD MO, 3:24-cv-5019**

Melody Dickson
WAGSTAFF & CARTMELL
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
Email: mdickson@wcllp.com

James Larkin Smith
Keri E. Borders
King & Spalding LLP
1100 Louisiana Street, Suite 4100
Houston, Texas 77002
Tel: (713) 276-7363

Counsel for Plaintiffs
*Christopher Emery; Anthony Ryan*

Email: jsmith@kslaw.com
Email: kborders@kslaw.com

Counsel for Defendant
*Wal-Mart Stores, Inc.*

*Flores et al v. Crown Laboratories, Inc.* **- closed and transferred, WD MO, 4:24-cv-211:**
*Flores et al v. Crown Laboratories, Inc.*, **ND Cal, 3:24-cv-3591**

Melody Dickson
WAGSTAFF & CARTMELL
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
Email: mdickson@wcllp.com

Counsel for Plaintiffs
*Angelina Flores; Holly Grossenbacher*

Devora W. Allon
KIRKLAND AND ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
Email: devora.allon@kirkland.com

Counsel for Defendant
*Crown Laboratories, Inc.*

*Garcia et al v. Crown Laboratories, Inc.*, **ND Cal, 3:24-cv-1448**

R. Brent Wisner
WISNER BAUM, LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Email: rbwisner@wisnerbaum.com

Counsel for Plaintiffs
*Priscilla Garcia; Chinyere Harris; William Eisman; Noemi Gerena*

Devora W. Allon
KIRKLAND AND ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-5967
Email: devora.allon@kirkland.com

Counsel for Defendant
*Crown Laboratories, Inc.*

*Grossenbacher v. L'Oreal USA, Inc.*, **ED La, 2:24-cv-663**

Jennifer M. Hoekstra
R. Jason Richards
ALYSTOCK WITKIN KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Tel: (850) 202-1010
Email: jhoekstra@awkolaw.com
Email: jrichards@awkolaw.com

Counsel for Plaintiff
*Holly Grossenbacher*

Thomas B. Mayhew
FARELLA BRAUN + MARTEL
One Bush Street, Suite 900
San Francisco, CA 94104
Tel: (415) 954-4400
Email: tmayhew@fbm.com

Counsel for Defendant
*L'Oreal USA, Inc.*

*Harris v. Genomma Lab USA, Inc.*, **ED Cal, 1:24-cv-289**

R. Brent Wisner
WISNER BAUM, LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Email: rbwisner@wisnerbaum.com

Counsel for Plaintiff
*Chinyere Harris*

Ashley D. Bowman
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS, & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Tel: (310) 201-2100
Email: abowman@birdmarella.com

Counsel for Defendant
*Genomma Lab USA, Inc.*

*Heermann et al v. Alchemme, LLC et al.*, **WD MO, 4:24-cv-195**

Thomas P. Cartmell
Melody Dickson
WAGSTAFF & CARTMELL
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
Email: tcartmell@wcllp.com
Email: mdickson@wcllp.com

Counsel for Plaintiffs
*Jamie Heermann; Bianca Jackson; Cole Scroggs*

Paul E. Boehm
WILLIAMS AND CONNELLY LLP
680 Maine Ave SW
Washington, DC 20024
Tel: (202) 434-5676
Email: pboehm@wc.com

Counsel for Defendants
*Alchemee, LLC; Taro Pharmaceutical U.S.A., Inc.; Taro Pharmaceutical Industries Ltd.*

Andrew Soukup
COVINGTON & BURLING LLP
850 Tenth Street Northwest
Washington, D.C. 20001
Tel: (202) 662-5066
Email: asoukup@cov.com

Counsel for Defendant
*RB Health (US) LLC*

*Abednego v. L'Oreal USA, Inc.*, **SD NY, 1:24-cv-3998**

Steven Sukert
KOPELOWITZ OSTROW PA,
1 W Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33131
Tel: (954) 284-1520
Email: sukert@kolawyers.com

Counsel for Plaintiff
*Latifah Abednego*

Defendant L'Oreal USA, Inc.
[No appearance from counsel]

*O'Dea v. RB Health (US) LLC*, ND Ill, 1:24-cv-2757

Nick Suciu, III
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 483021
Tel: (313) 303-3472
Email: nsuciu@milberg.com

Counsel for Plaintiff
*Lucinda O'Dea*

Andrew Soukup
COVINGTON & BURLING LLP
850 Tenth Street Northwest
Washington, D.C. 20001
Tel: (202) 662-5066
Email: asoukup@cov.com

Counsel for Defendant
*RB Health (US) LLC*

*Hill-Horse v. Target Corp, et al.*, MN, 0:24-cv-02197

Alicia N. Sieben
SCHWEBEL, GOETZ & SIEBEN
80 S 8th St, Suite 5120
Minneapolis, MN 55402
Tel: (613) 344-0410
Email: asieben@schwebel.com

Counsel for Plaintiff
*Selina Hill-Horse*

Ricky L. Shackelford
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700
Email: shackelforde@gtlaw.com

Counsel for Defendants
*Target Brands and Target Corporation*

*Mitchell, et al. v. Johnson & Johnson Consumer Inc., et al.*, NJ, 3:24-cv-4109

Taylor Christopher Bartlett
HENINGER GARRISON DAVIS LLC
53 Cardinal Drive, 3rd Floor, Suite 3
Westfield, NY 07090
Tel: (205) 326-3336
Email: taylor@hgdlawfirm.com

Counsel for Plaintiffs
*Ethel Mitchell, Annette Haggerty, Paulette Williams*

Angela C. Agrusa
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, California 90067
Tel: (310) 595-3000
Email: angela.agrusa@us.dlapiper.com

Counsel for Defendants
*Johnson & Johnson Consumer Inc. and Kenvue Inc.*

*Nelson v. RB Health (US) LLC, et al.*, SD FL, 0:24-cv-60782

Jason Richard Fraxedas
Matthew Scott Mokwa
THE MAHER LAW FIRM, P.A.
398 West Morse Blvd. Suite 200
Winter Park, FL 32789

Rickitt Benckiser, LLC
[no appearance from counsel]

Tel: (407) 839-0866
Email: jrfraxedas@maherlawfirm.com
Email: mmokwa@maherlawfirm.com

Counsel for Plaintiff
*Kristie Nelson*

*Smoter, et al. v. The Mentholatum Company, Inc.*, ND IL, 1:24-cv-4155

Martin W. Jaszczuk
JASZCZUK P.C.
311 South Wacker Drive, Suite 2150
Chicago, Illinois 60606
Tel: (312) 442-0509
Email: mjaszczuk@jaszczuk.com

Counsel for Plaintiff
*Wioletta Smoter, Joanna Taraskza*

Laura E. Kogan
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Tel: (216) 363-4500
Email: lkogan@beneschlaw.com

Counsel for Defendant
*The Mentholatum Company, Inc.*

*Lucinda O'Dea v. Target Corporation*, ND IL, 1:24-cv-2763

Nick Suciu, III
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 483021
Tel: (313) 303-3472
Email: nsuciu@milberg.com

Counsel for Plaintiff
*Lucinda O'Dea*

Dated: June 21, 2024

Ricky L. Shackelford
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700
Email: shackelforde@gtlaw.com

Counsel for Defendants
*Target Brands and Target Corporation*

Respectfully submitted,

*/s/ Angela C. Agrusa*
Angela Christine Agrusa
angela.agrusa@us.dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, California 90067-4704
Tel: (310) 500-3591

Counsel for Defendants
*Johnson & Johnson Consumer Inc. and Kenvue Inc.*