# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** Benzoyl Peroxide (BPO) Marketing, Sales Practices and Products Liability Litigation | MDL No. 3120 |

## PROOF OF SERVICE

I hereby certify that on July 2, 2024, in compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I caused a copy of the foregoing Notice of Related Action to be filed with the Court's CM/ECF system, which sends a service copy to all counsel in the action at their associated email addresses.

Dated:   July 2, 2024

/s/ *Ricky L. Shackelford*
Ricky L. Shackelford
Daniell K. Newman
Emerson B. Luke
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Telephone:    (310) 586-7700
Facsimile:      (310) 586-7800
Email:              shackelfordr@gtlaw.com
                        newmandk@gtlaw.com
                        lukee@gtlaw.com

*Attorney for Defendants TARGET CORPORATION*

ACTIVE 699214057v1